# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 4, 2026

Lyle W. Cayce
Clerk

No. 25-10514
Summary Calendar

────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Coy Montrell Ford,

*Defendant—Appellant*.

────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CR-50-1

────────────────────────────

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Coy Ford appeals his conviction of possession of a machine gun. He contends that the district court erred in denying his motion to suppress because the evidence supporting his conviction was seized during an unconstitutional protective sweep of his hotel room.

When considering a denial of a motion to suppress, we review factual

───────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10514

findings for clear error and the ultimate constitutionality of law enforcement action de novo.  *United States v. Robinson*, 741 F.3d 588, 594 (5th Cir. 2014).  The evidence supports the district court's conclusion that a protective sweep was warranted to search the area immediately adjacent to the place of arrest.  *See United States v. Charles*, 469 F.3d 402, 405–06 (5th Cir. 2006).  Ford was arrested just outside the door of his hotel room.  The room was small and contained spaces where a dangerous individual could hide, including a kitchen area and a bathroom that could not be inspected from the door.  The firearm was discovered in plain view between the wall and the refrigerator that had been pulled away from the wall.  *See United States v. Jackson*, 596 F.3d 236, 241–42 (5th Cir. 2010).

AFFIRMED.